# United States District Court
# For The Western District of North Carolina
# Statesville Division

MICHAEL R. WILLIAMS,

    Plaintiff(s),

vs.

REGGIE WEISNER; KEITH WHITENER; MATT CLARK,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:07CV8-3-MU

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 19, 2007, Order.

Signed: July 19, 2007

Frank G. Johns, Clerk
United States District Court